certainly nothing irrational—indeed, there is nothing novel—about the idea of mitigating a death sentence on the basis that a life sentence, even with the possibility of parole, will sufficiently render a defendant nondangerous to the outside society until he is of an age where he likely will no longer present a significant threat of violence. Under federal law, a capital defendant has a right to a sentencer who may consider such a factor for mitigation. But under Florida law, a life sentence based on such a factor shall now be subject to override as irrational. The Florida courts cannot be allowed to use their override system to erode the rights protected by *Lockett* and *Eddings*. The fact that they are doing so is reason enough to grant review.

No. 84–6286 (A–667). GRAVES *v.* HESTER ET AL. C. A. 4th Cir. Application for injunction, addressed to JUSTICE STEVENS and referred to the Court, denied. Certiorari denied. ■

No. 82–1913. GARCIA *v.* SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL., 469 U. S. 528;

No. 82–1951. DONOVAN, SECRETARY OF LABOR *v.* SAN ANTONIO METROPOLITAN TRANSIT AUTHORITY ET AL., 469 U. S. 528; and

No. 83–1416. NATIONAL LABOR RELATIONS BOARD *v.* ACTION AUTOMOTIVE, INC., 469 U. S. 490. Petitions for rehearing denied.

No. 84–355. NEW YORK *v.* SMITH, 469 U. S. 1227;

No. 84–890. BROWN *v.* UNITED STATES, 470 U. S. 1004;

No. 84–896. IN RE ANDERSON, 469 U. S. 1206;

No. 84–897. TESCH, SHERIFF OF CASS COUNTY, NEBRASKA, ET AL. *v.* MCCURRY ET AL., 469 U. S. 1211;

No. 84–911. KOKER ET UX. *v.* SAGE ET AL., 469 U. S. 1201;

No. 84–937. BELL, INDIVIDUALLY AND DBA WES OUTDOOR ADVERTISING CO. *v.* NEW JERSEY ET AL., 469 U. S. 1201;

No. 84–952. GERZOF *v.* GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, 469 U. S. 1200;

No. 84–1031. COMMUNICATIONS SATELLITE CORP. *v.* FRANCHISE TAX BOARD, 469 U. S. 1201; and

No. 84–1034. FINCH ET AL. *v.* HUGHES AIRCRAFT CO., 469 U. S. 1215. Petitions for rehearing denied. JUSTICE POWELL took no part in the consideration or decision of these petitions.